**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kerrie Bainum, a single woman, | No. CV-16-2773-PHX-DGC |
| Plaintiff, | |
| v. | **ORDER** |
| The Prudential Insurance Company of America, a plan fiduciary and claims administrator; PruValue Insurance Benefits Trust, a plan fiduciary; and Arizona Community Foundation Long Term Disability Coverage, an ERISA plan, | |
| Defendants. | |

Pursuant to the parties' Stipulation of Dismissal With Prejudice. Doc. 25.

**IT IS ORDERED** that the stipulation of dismissal (Doc. 25) is **granted.** The above-captioned lawsuit is dismissed with prejudice in its entirety, with each party to bear its own costs and attorneys' fees.

Dated this 27th day of December, 2016.

David G. Campbell
United States District Judge